## CORNING *a*. THE GLENVILLE WOOLLEN CO.

*Supreme Court, First District; At Chambers, May,* 1862.

SUPPLEMENTARY PROCEEDINGS.—RIGHT OF A STRANGER TO NOTICE.

A stranger to the action, who has a lien upon a fund sought to be reached by supplementary proceedings, is not entitled to notice of the proceedings, or to be made a party thereto.

Motion by a creditor of the defendant to be made a party to supplementary proceedings.

This action was brought by Jasper and Edwin Corning against the Glenville Woollen Co. Judgment was recovered by the plaintiff, who subsequently instituted supplementary proceedings, and in aid thereof procured an order for the examination of Ripley H. Cameron, under section 294 of the Code, in whose hands was property of the judgment-debtor. R. H. & J. G. Isham, judgment-creditors of the company, claimed to have a lien on this property, by virtue of an attachment which they supposed prior to that of the Cornings. They now moved to be made parties to the supplementary proceedings, or that notice of further proceedings might be given to them.

*Henry Whittaker*, for the motion.

*Cummins, Alexander & Green*, opposed.

MASON, J.—If the plaintiff Isham obtained a valid prior lien upon any of the property which Corning seeks to reach by his proceedings supplementary to execution, such lien cannot be devested by these proceedings supplementary to execution, and I do not know of any practice which would justify this motion, or which will require Corning in his proceedings supplementary to execution to make Isham a party, or to serve him with notice of his proceedings.

This motion must be denied, with $10 costs.